# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3602

_____

| | | |
|---|---|---|
| Leotis Cobb, Sr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Leer Manufacturing Limited | * | |
| Partnership; Ian Beer; | * | [UNPUBLISHED] |
| Charles McCurry, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 12, 2000

Filed: May 11, 2000

_____

Before BEAM, ROSS, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

The district court[1] granted summary judgment to Leer Manufacturing, Ian Beer, and Charles McCurry, on claims brought by Leotis Cobb, Sr., under the Family and Medical Leave Act, Age Discrimination in Employment Act, Title VII, and Arkansas

_____

[1] The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

tort law.  Cobb appeals, and after reviewing the record and the briefs, we affirm on the basis of the well-reasoned district court opinion.  See 8th Cir. R.47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.